AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2013 FEB 14 PM 1:46
CLERK
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America )
v. )
) Case No. 2:13-mj-15
)
)
James Fortier )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/14/2013__ in the county of __Chittenden__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(4)(B) | The knowing possession of visual depictions that have been shipped in interstate or foreign commerce, the production of which involved a minor engaging in sexually explicit conduct and the depiction is of such conduct. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Caitlin Moynihan, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/14/2013__

_____
*Judge's signature*

City and state: __Burlington VT__

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*