U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2013 NOV 12 PM 12: 29

CLERK
BY PC
DEPUTY CLERK

5:13-cr-32

TSgt Ian M. Fortier

Milton VT 05468

November 10, 2013

Honorable Judge Christina Reiss
Chief Judge
United States District Court
11 Elmwood Avenue
Burlington VT 05401

The Honorable Judge Reiss,

My name is Ian Fortier and my dad is James. He has been my father for 38 years now and has taught me a lot. This person has been my focal point for my career since my youth. He has helped and taught me things such driving, hunting, the true meaning to hard work, co-signing for my first residence and signing in to the military.

As a child I remember pestering him to take me to work with him so I could see the F-4 fighter jets take off. From that moment I have known that I wanted to be a part of the military. I remember him being there, proud as can be, when I raised my right hand as I was being sworn in to the Vermont Air National Guard. There is a photo of this moment hanging on my wall at home to remember this day.

Being there when I signed for my first home but making sure that I understood the penalty for missing the payment. He held me accountable for being out in the real world and yet still being a father. Bailing me out from time to time but letting me know that it was not free ride and payment back was to be expected. These lessons helped make me the person I am today.

I only had my father for a little bit in my youth, spending only a couple of weeks at a time in the summer months and maybe a few days during the school year. After I got older and got out on my own I still did not make much of an effort to see my father except maybe when I might miss a payment. It seemed that once I settled down and got married that I came back to him and his side of the family. It was hard in the past to make time for both side of the family but now it seems easier. My father even made more of an effort to see me and my wife.

Once kids came into lives it was like looking back at the moment that I was getting sworn in. He seems to light up with life at the thought of being a grandfather and made an effort I had never seen before to be a part of their lives. From the Hershey kisses that he hides in his coat pocket for the girls to the small gifts just because. The time my girls spend with their grandfather and his side of the family has been a gift for everyone involved.

I know I could have made more of an effort to see my father when I was younger and that was my mistake. In recent conversations with my father it is apparent that his recent behavior was mistake in which he is truly sorry. The worry of what might happen has scared him and me at the thought of what the outcome will be. I am scared that my girls will not be able to spend time with their grandfather. I can see that he knows he did something that he shouldn't have and he will continue to repent. Seeing that he now has a family that cares for him and willing to stand with him should show that he's changed for the better. I'm hoping that this letter tells you that this is my father and that I want him to be a part of my family and to have my kids a part of his.

Sincerely,

TSgt Ian M. Fortier

5:13-cr-32

My Father is Jim Fortier

My Father has always been a good person. He was more of a loner and ~~too~~ ~~stuck~~ stayed to himself a lot, mostly quiet and alone. I would drive to visit him ~~to~~ catch up as I didn't see him other places – as he didn't leave his apartment much. He worked odd hours – very early mornings giving him an unusual schedule.

I've seen him more now since the arrest – He gets out more, visits .... is more open and active.

He seems very happy now being disconnected, not having a computer. ~~He~~ He is more interested in doing things and helping out where needed, lending a hand. He enjoys visiting and playing with our dog, laughing at her antics.

He realizes what he did was wrong and is not afraid to admit it. He accepts he has punishment coming

I don't ever see this happening again. I feel he has learned from his mistakes, and doesn't want to ever be in this position again